IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JASON MICHAEL WOODSIDE and<br>JASON WOODSIDE STUDIOS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOTEE RECORDS, INC., GOTEE<br>MUSIC, INC., WANDER CREATIVE<br>PRODUCTIONS, LLC, and HOLLY<br>MARIE MILLER p/k/a "HOLLYN",<br><br>    Defendants. | ) <br> ) <br> ) CIVIL ACTION NO. 3:18-cv-00909<br> ) <br> ) <br> ) District Judge Eli J. Richardson<br> ) Magistrate Judge Jeffery S. Frensley<br> ) <br> ) JURY DEMAND<br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION

As is evidenced by the signatures of counsel hereon for the Parties, it is hereby stipulated and agreed that the parties have entered into a Confidential Settlement Agreement dated February 15, 2019, which shall remain confidential and shall not be filed with the Court except as may be necessary for the purpose of enforcement, whereby all claims asserted by the Plaintiffs in the above captioned matter against all Defendants shall be dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41 (a), without costs or fees being assessed to any party, and any and all claims that have been brought, or could have been brought, in this action by or against any of the Plaintiffs and/or the Defendants are forever barred. Further, the terms of the parties' Confidential Settlement Agreement shall be incorporated in the Order of Dismissal by reference, and the Court shall retain jurisdiction to enforce the terms said Confidential Settlement Agreement.

1

IT IS SO STIPULATED.

DATED: February 20, 2019.

        Respectfully Submitted,

        **ROSEARTERS, PLLC**

        /s/ Joshua D. Arters
        **Ben M. Rose** (BPR No. 21254)
        **Joshua D. Arters** (BPR No. 31340)
        Post Office Box 1108
        Brentwood, Tennessee 37024
        Tel: (615) 942-8295
        Email: josh@rosearters.com
        Email: ben@rosearters.com

        *Counsel for Plaintiffs*

        **ADAMS AND REESE LLP**

        /s/ Philip M. Kirkpatrick
        **Philip M. Kirkpatrick** (BPR No. 06161)
        Fifth Third Center
        424 Church Street, Suite 2700
        Nashville, Tennessee 37219
        Tel: (615) 259-1485
        Fax: (615) 259-1470
        Email: phil.kirkpatrick@arlaw.com

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of February 2019, the foregoing was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The below referenced counsel may access this filing through the Court's electronic filing system:

Ben M. Rose
Joshua D. Arters
RoseArters, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
Email: josh@rosearters.com
Email: ben@rosearters.com

/s/ Philip M. Kirkpatrick
Philip M. Kirkpatrick